# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**UNITED STATES OF AMERICA,**

v.  Case No. 7:02-CR-22 (HL)

**ROGELIO BAZA**,

    Defendant.

## ORDER

This case is before the Court on Defendant's Motion to Request Discovery and Inspection (Doc. 151).

Defendant states that in order to file an unspecified motion, he needs copies of the following: (1) plea agreement; (2) judgment and commitment; (3) sentencing transcripts; (4) docket sheet; (5) discovery and inspection; and (6) copy of 2255 motion and response. He also states that he can pay for these materials.

With respect to the sentencing transcripts, Defendant is directed to contact Court Reporter Sally Gray in writing at P.O. Box 838, Macon, GA 31202. Ms. Gray will provide additional information about obtaining the transcripts.

As for copies of the plea agreement, judgment and commitment, docket sheet, and copy of 2255 motion and response, those can be obtained from the Clerk of Court. The Clerk is directed to advise Defendant of the cost of copies of these documents. Once Defendant pays for the copies, they can be released to Defendant.

Finally, as for the request for "discovery and inspection," that request should be directed to Defendant's former counsel. The Court is not in possession of evidence disclosed to counsel pursuant to Federal Rule of Criminal Procedure 16.

The Motion to Request Discovery and Inspection (Doc. 151) is dismissed.

**SO ORDERED**, this the 28th day of November, 2011.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh